In the Matter of the Application of GEORGE L. McKENNA, Petitioner, Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act, against JOSEPH D. McGOLDRICK and Others, as Members of the Board of Trustees of the New York Fire Department Pension Fund, and Another, Defendants (New York County Clerk's No. 7580), and Four Similar Proceedings by Petitioners Named HEFFERNAN, FOSTER, RYAN and SIGNER, Respondents (New York County Clerk's Nos. 7579, 7578, 7577 and 7576).

In the Matter of the Application of GABRIEL L. KAPLAN and SIDNEY A. FINE, Attorneys for the Petitioners Above Named to Determine and Enforce the Lien of Said Attorneys for Services Rendered to Said Petitioners in Said Proceedings, Claimants, Appellants.

PER CURIAM. We think that $3,500 is reasonable compensation for the services performed by the claimants if due consideration be given to the results achieved and the amount involved in the proceedings as indicated by the mortality tables, of which we may take judicial notice.

The order should be modified accordingly, and as so modified affirmed, with costs and disbursements to the appellants.

Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

Order unanimously modified in accordance with opinion, and as so modified affirmed, with costs and disbursements to the appellants.